No. 00M91. McMILLAN *v.* ROE, WARDEN;

No. 00M92. SARRACINO *v.* UNITED STATES; and

1037

No. 00M93. Coley v. Social Security Administration. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.